**Dismiss and Opinion Filed June 17, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

___

### No. 05-22-00079-CV

___

### ROBERT DANIEL COX AND ALL RESIDENTS, Appellant
### V.
### SYED PROPERTIES, Appellee

___

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-03455-2021**

___

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Smith

The filing fee, docketing statement, and clerk's record in this case have not been filed. By postcard dated January 28, 2022, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 28, 2022, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated May 6, 2022, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's

record. We directed appellant to provide, within ten days, verification he had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Craig Smith//

220079f.p05                            CRAIG SMITH
                                       JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT DANIEL COX AND ALL RESIDENTS, Appellant

No. 05-22-00079-CV      V.

SYED PROPERTIES, Appellee

On Appeal from the County Court at Law No. 7, Collin County, Texas
Trial Court Cause No. 007-03455-2021.
Opinion delivered by Justice Smith. Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SYED PROPERTIES recover its costs of this appeal from appellant ROBERT DANIEL COX AND ALL RESIDENTS.

Judgment entered this 17th day of June, 2022.